UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WILMA ATHERTON; MERRI BROWN;          :
CHERYL JOHNSON; ELAINE MILLER;        :
MARTHA NESTA; MARK RICKEN; JOANNE     :
SORENSON; KATHLEEN SPENCE; JO ANN     :
STEVENSON; BOB WEIDLER,               :
                                      :
          Plaintiffs                  :     Civil Action
v.                                    :     No. 04-11066-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
          Defendants                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer

Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer

Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is

Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly

held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004                                     Respectfully submitted,
          Boston, Massachusetts


                                                          /s/Matthew J. Matule
                                                          Matthew J. Matule (BBO #632075)
                                                          SKADDEN, ARPS, SLATE,
Of Counsel:                                                 MEAGHER & FLOM LLP
Barbara Wrubel                                            One Beacon Street
Katherine Armstrong                                       Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                     (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                            Counsel for Defendant
                                                          Boehringer Ingelheim Pharmaceuticals, Inc.