UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILMA ATHERTON; MERRI BROWN;    :
CHERYL JOHNSON; ELAINE MILLER;    :
MARTHA NESTA; MARK RICKEN; JOANNE    :
SORENSON; KATHLEEN SPENCE; JO ANN    :
STEVENSON; BOB WEIDLER,    :
   :
      Plaintiffs,    :    Civil Action
   :    No. 04-11066-GAO
v.    :
   :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME    :
PRODUCTS CORPORATION; WYETH    :
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A    :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER    :
INGELHEIM PHARMACEUTICALS, INC.,    :
   :
      Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus

Pharmaceuticals, Inc. in the above-captioned action.

Dated:  August 25, 2004             Respectfully submitted,
         Boston, Massachusetts

                                  /s/Matthew J. Matule
                                  Matthew J. Matule (BBO #632075)
                                  SKADDEN, ARPS, SLATE,
                                     MEAGHER & FLOM LLP
Of Counsel:                      One Beacon Street
Barbara Wrubel                 Boston, Massachusetts 02108
Katherine Armstrong          (617) 573-4800
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                Counsel for Defendant
                              Indevus Pharmaceuticals, Inc.